Mr. DeGrandis, you are up. You have five minutes. It may please the Court, I am Michael DeGrandis with the New Civil Liberties Alliance, appearing on behalf of the Law Offices of Crystal Moroney. I know the Court has read the briefs and you are familiar with the issues in this case. I think one thing that I would like to address at the outset is what jumps off the page and that is the parties agree on absolutely nothing. Not even the standard of review that this Court should employ in determining whether the law firm is entitled to a stay pending appeal. And I think that's an interesting dynamic. And so just looking at what we must demonstrate to the Court, the law firm must demonstrate first that it will be irreparably harmed without a stay, that it has a substantial possibility of success, that the burden on the CFPB of a stay won't be so substantial as to outweigh the benefit to the law firm with a stay. And of course, we have to balance the public interest. What's the best way to protect the public and what is the public interest? Now the CFPB tries to alter this standard for two of those elements. The first one being the possibility of success. The CFPB has asserted that it's actually a likelihood of success. And that's not true. The CFPB cites Enkin v. Holder to support that position. But Enkin is a case where the Supreme Court has been in the country illegally and was set for removal. That's an entirely different standard. That's not the standard the Second Circuit uses. And the second element of this that the CFPB tries to alter, that's the irreparable harm element, where the CFPB suggests that because there is a, actually, you know, I will quote them here. The CFPB says that that they're, actually, I don't have the quote right there. I apologize. Let me just ask you, on irreparable harm, I know your client has said it's going to cost about $75,000 to comply. But it's not clear to me, I know the law firm is apparently not making money, at least recently, but there's no claim that it's going to bankrupt the law firm, right? I didn't see anything that this, we don't know what the assets and liabilities are of the law firm. So why would there be irreparable harm, if we're just talking about money of that nature? Well, the issue of bankruptcy is one, it would be a decision down the road as to how a law firm would handle its responsibility for any debt that it carries. What we have demonstrated is that the law firm will become insolvent. We've shown that the law firm... You show the district court? Wait, how did you show the district court that the law firm is going to be insolvent? We demonstrate to the district court that she would be insolvent through Ms. Maroney's affidavit. And so what we did here was we added to Ms. Maroney's affidavit, we added Mr. Messing's affidavit. That is Ms. Maroney's accountant. And the CFPB tries to dismiss this as being self-serving, but it's clearly not self-serving for the accountant. As the accountant has noted, the law firm has only been profitable one year since the first CID in 2017. And even then, it was a $360 profit. What are the assets of the law firm? We have no idea what the assets of the law firm are. We don't have the assets of the law firm. But how do we know it's insolvent just because it's not making money? Well, because it's not possible. What we assert here, what we demonstrate through Ms. Maroney's affidavit is that she has no other place to trim, there are no other assets that she can liquidate to make the law firm just stay afloat and continue if she's required to abide by all the CFPB's demands in complying with the second CID. I had one question on the merits. I guess I don't understand. Congress passed 12 U.S.C. 5497A, allowing the Federal Reserve Board of Governors to fund the CFPB. So what case says that if Congress authorizes the spending by statute, if they don't appropriate the money, that's a violation of the appropriation clause? Which case says that? Well, it's actually a statute that says that, and that's in the CFPB statute. I think it's called U.S.C. section 5491C2, if I remember correctly, where the statute itself says that these are not appropriated funds. So that's the baseline right there. Well, I see, Mr. Grass, I don't think that was Judge Bianco's question. His question was, what says that it has to be appropriated funds? What case is that? Well, the United States Constitution says it has to be appropriated funds, and we have cited a number of cases that explain that when it comes to appropriations, it's the power of the person exclusively legislating. We decided the case Bucks v. Congress authorizes the spending by statute, even if Congress doesn't appropriate it. Why isn't that the same situation here? It's not the same situation here, because in all of those other cases, we're talking about independent agencies that get fees, assessments, and so forth. They're self-funded. CFPB isn't self-funded. CFPB makes a demand through the President of the United States. This is a very different circumstance from all those cases because of that as well, because the President of the United States now has the authority to demand these appropriations. No court has considered this dynamic before, and the CFPB isn't self-funded. All right. Thank you very much. Mr. Friedel, you're up. Thank you, Your Honor. May it please the Court, Kevin Friedel for the CFPB. I want to start where Judge Bianco did with this question of irreparable injury, because as the district court correctly found, the respondent law firm has not put forward sufficient evidence to meet their burden to show that simply complying with the request for documents and information in the Bureau's CID will render the law firm immediately insolvent, drive it out of business. As the district court found, what the firm has put forward are self-serving statements by its president, which don't go to the questions Judge Bianco was raising about their current capitalization, their cash on hand. There are these statements about net profits and net losses. The firm has drawn a profit in some recent years. They've had five-figure losses in some recent years, and yet they've stayed in business. I think this actually cuts against the firm's contention here that what they say would be another five-figure expense is going to be provided before this Court, an affidavit from the firm's accountant, but it doesn't really add anything to these figures. It doesn't provide these details that are missing. I also want to make sure the Court is aware that this is not the first time the law firm has made this exact same argument. They've sued the Bureau in a separate case, which remains pending in the Southern District of New York. In that case, they sought a preliminary injunction in January 2020, which would basically halt the Bureau's investigation. In support of their motion for that preliminary injunction, they said, without a PI, we'll be rendered immediately insolvent. We'll be driven out of business. They said the firm is likely to become insolvent. We will not be able to seek redress of grievances in the future. The argument was that the Bureau's investigation was tarnishing their reputation, driving away their business partners. They would be unable to continue to operate without a PI. The District Court denied that request for the firm's predictions of doom did not come to pass. There's no more reason to think that's going to be a likely result here. The other point I wanted to make about this is something that Judge Karas also noted in District Court, which is that the firm has had multiple opportunities to request modifications to the CID to suggest ways that the particular requests in there could alleviate any potential burden that the CID imposed. They failed to engage at every turn on those. They have suggested no specific changes to the requests in the CID. This is something we pointed out in our opposition. They don't dispute that they failed to make those efforts. To some extent, the injury that they're complaining about here is self-inflicted. At the very least, it's something that they had the opportunity to mitigate and have simply declined to do so. I take it they still do have the opportunity to engage in such negotiations? Are you saying since they didn't up till now, you're now going to insist on total compliance with every dot and fiddle of what you asked for? Well, Your Honor, I'd like to think that we'll continue to be reasonable going forward, but this CID was issued in 2019. This has been an extremely long process of trying to get responses from the law firm. Even the order enforcing the CID was issued. The order that we're talking about staying was issued seven months ago. It's effectively has been stayed for seven months. The District Court did say there have been privilege objections asserted, but not properly asserted. The law firm has never provided a privilege log. Something that Judge Karras said in ordering the CID enforced was he told the firm, if you have legitimate privilege claims, you need to put forward a privilege log and actually support these assertions of privilege. That's something, for example, the Bureau is not seeking privileged information. If something truly is privileged, we're not going to demand that that be handed over. But I do think that the time for negotiating different requests for information is long past at this point. It's time for the firm to comply with the request so that this investigation can move forward. There's no impediment to them continuing to press their arguments in this court while that happens. I see my time- Remind me, have you received any documents at all? We sent the firm a previous CID. We did receive some limited responses from them. They actually clawed back a significant portion of that material. We returned it based on some of these issues of privilege and confidentiality. But they did not comply with that CID. They have not complied with this CID. All right. Thank you very much, Mr. Frito. We will reserve the decision. Have a good day. Thank you very much, Your Honor. Thank you. Thank you.